JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>Plaintiff,<br><br>v.<br><br>60 E. 34th St. Corp.,<br><br>Defendant. | Case No. 2:20-cv-00244-AB-MAA<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 6, 2020  _____
                                              ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE